116 A.3d 1103

Edward GRAZIANO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, John Wetzel, Nancy Giroux, Cheryl Gill, et al., Appellees.

Supreme Court of Pennsylvania.

June 15, 2015.

Edward Graziano, Pro Se.

Suzanne Noelle Hueston, Julie Renee Tilghman, Mechanicsburg, PA, for Department of Corrections, Cheryl Gill, Nancy Giroux, and John Wetzel.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the direct appeal is QUASHED. Appellant's Application to Correct the Factual Record (Pa.R.A.P. 2501(a)) is DISMISSED AS MOOT.